**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Telex Communications, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Sanomed Medizintechnik, GmbH,<br><br>Defendant. | **Court File No. 02-CV-298 ADM/AJB**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that the above-named defendant may and shall have until April 16, 2002, to answer or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

Dated: March 29, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

James M. Jorissen (#262833)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 607-7000
Fax: (612) 607-7100

**Attorneys for Plaintiff**

APR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 29 2002

**FAEGRE & BENSON LLP**

John Edward Connelly (#237656)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600

**Attorneys for Defendant**

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the time for defendant to answer or otherwise plead in response to plaintiff's Complaint in the above-captioned action is hereby extended through and including April 16, 2002.

Dated: April 3rd, 2002.

The Honorable Arthur J. Boylan
United States Magistrate Judge

M2:20452866.01