RECEIVED APR-15-02 20:58 FROM- TO-FAEGRE AND BENSON PAGE 02

422389

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

RICHARD D. SLETTEN, CLERK
(612) 664-5000

Case Number: 02-CV-298 ADM/AJB

# PETITION FOR ADMISSION PRO HAC VICE

## Affidavit of Movant

I, John Edward Connelly, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Matthew W. Walch, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (x) defendant Sanomed Medizintechnik, GmbH in the cause(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

4/16/02
(Date)

(Signature)

Minnesota Attorney
License Number: 237656

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402
Telephone: (612) 766-7000

## Affidavit of Proposed Admittee

I, Matthew W. Walch, am currently a member in good standing of the U.S. District Courts for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 02-CV-298 ADM/AJB
Judge Assigned: Hon. Ann D. Montgomery/ Hon. Arthur J. Boylan
Case Title: Telex Communications, Inc. v. Sanomed Medizintechnik, GmbH

April 15, 2002
(Date)

Matthew W. Walch
(Type/Print Name)

(Signature)

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
(Social Security No.)

06226308
(Atty. License No.)

December 20, 1994
(Date of Admission)

Law Firm: Latham & Watkins
Address: 233 South Wacker Drive, Suite 5800
City, State Zip: Chicago, IL 60606-6401
Telephone: (312) 876-7700

Motion Granted; Richard D. Sletten
For the Court, Richard D. Sletten, Clerk

APR 17 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action

FILED APR 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK