**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Telex Communications, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Sanomed Medizintechnik, GmbH,<br><br>Defendant. | **Court File No. 02-CV-298 ADM/AJB**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

## STIPULATION

The above-listed parties, by and through their undersigned counsel, hereby stipulate and agree that defendant Sanomed Medizintechnik, GmbH, may and shall have until November 15, 2002, to file its answer to plaintiff's Complaint in the above-captioned action.

Dated: November 4, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

James M. Jorissen (#262833)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 607-7000
Fax: (612) 607-7100

**Attorneys for Plaintiff**

NOV 05 2002

Dated: November 6, 2002

**FAEGRE & BENSON LLP**

John Edward Connelly (#237656)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

-and-

Matthew W. Walch
**LATHAM & WATKINS**
233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
(312) 876-7603

**Attorneys for Plaintiff**

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the time for defendant to answer plaintiff's Complaint in the above-captioned action is hereby extended through and including November 15, 2002.

Dated: 11/5, 2002.

The Honorable Arthur J. Boylan
United States Magistrate Judge