UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TELEX COMMUNICATIONS, INC., a Delaware corporation,

Plaintiff,

vs.

SANOMED MEDIZINTECHNIK, GmbH,

Defendant.

Case No. 02-CV-298 (ADM/AJB)

---

## STIPULATION AND ORDER FOR DISMISSAL

---

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed, with prejudice, on the merits, and without costs to any party.

Dated: 2/11/03

OPPENHEIMER WOLFF & DONNELLY, LLP

By: [signature]
James M. Jorissen, MN # 262833
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

ATTORNEYS FOR PLAINTIFF
TELEX COMMUNICATIONS, INC.

Dated: 2/12/03

FAEGRE & BENSON LLP

By: [signature]
John E. Connelly, MN # 237656
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR THE DEFENDANT
SANOMED MEDIZINTECHNIK, GmbH

FILED FEB 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED:

That the above-captioned action be and hereby is dismissed, with prejudice, on the merits, and without costs to any party.

Dated: February 14, 2003

BY THE COURT:

Ann Montgomery

Honorable Ann D. Montgomery
United States District Court Judge



OPPENHEIMER/1:30585.01
17651.16